## The Joliet Gas Light Co. v. J. E. Sutherland.

1. MEMORANDUM.—See case of same title, p. 230 *ante*, for a recital of the facts of this case, and for the grounds of the decision herein.

**Bill for Injunction.**—Appeal from the Circuit Court of Will County; the Hon. DORRANCE DIBELL, Judge, presiding.   Heard in this court at the May term, 1896.   Affirmed.   Opinion filed December 9, 1896.

C. W. BROWN and FRED BENNITT, attorneys for appellant.

HALEY & O'DONNELL, attorneys for appellee.

MR. JUSTICE HARKER DELIVERED THE OPINION OF THE COURT.

This is an appeal from a decree of the Circuit Court, dismissing for want of equity a bill filed by appellant to restrain appellee from using or interfering with certain gas mains and pipes claimed by appellant.

Appellant set up ownership in the mains and pipes, which the court on a hearing found it did not have.   The facts involved have been recited in the opinion, Joliet Gas Light Company v. Sutherland, *ante*, 230.

The decree is affirmed for the same reasons that appear in that opinion.